UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2018

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. **M-18-0211** |
| | § | |
| HIDALIT CRUZ-GONZALEZ | § | |
| | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 2, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**HIDALIT CRUZ-GONZALEZ
and**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about May 2, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**HIDALIT CRUZ-GONZALEZ
and**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 146.8 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY


_____
ASSISTANT UNITED STATES ATTORNEY